1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  E-mails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 2:21-cv-02021-KJM-DB |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND DEADLINE TO INITIATE PARTICIPATION IN VOLUNTRY DISPUTE RESOLUTION PROGRAM; ORDER** |
| vs. | |
| ANTELOPE ASSOCIATES, INC. dba 7-ELEVEN; 7-ELEVEN, INC.; BENJAMIN LESSER; NICOLE LESSER; | |
| Defendants. | |

Plaintiff, Darren Gilbert ("Plaintiff"), and Defendants, Antelope Associates, Inc. dba 7-Eleven; 7-Eleven, Inc.; Benjamin Lesser; and Nicole Lesser ("Defendants," and together with Plaintiff, "the Parties"), the parties in this action, hereby stipulate as follows:

1.  This matter arises out of Plaintiff's claim that he visited property owned and/or operated by Defendants and encountered conditions which prevented him full and equal access thereto as a result of his disabilities. Plaintiff alleges that Defendants violated Title III of the Americans with Disabilities Act and related California law.

2.  On December 9, 2021, the Court issued an Order (Dkt. 8) to stay the case, meet

and confer to discuss settlement, and initiate participation in the Voluntary Dispute Resolution Program with 45-days if a settlement can't be reached.

3. The Parties met and conferred, but were not able to reach a settlement within the 45-day deadline.

4. The Parties continue to engage in settlement discussions and wish to avoid incurring additional attorney's fees and costs incident to intiating VDRP while settlement efforts are being exhausted.

5. The Parties agree to continue the last date to initiate participation in VDRP to February 7, 2022.

6. Therefore, subject to Court approval, the Parties request that the last date to initiate participation in VDRP be continued from January 24, 2022 to February 7, 2022.

**IT IS SO STIPULATED.**

Dated: January 24, 2022         MOORE LAW FIRM, P.C.

                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorney for Plaintiff,
                                Darren Gilbert

Dated: January 24, 2022         CALL & JENSEN

                                */s/ Michael S. Orr*
                                Michael S. Orr
                                Attorney for Defendants,
                                Antelope Associates, Inc. dba 7-Eleven; 7-Eleven, Inc.

Dated: January 24, 2022         EMBREE LAW

                                */s/ Annie R. Embree*
                                Annie R. Embree
                                Attorneys for Defendants,
                                Benjamin Lesser; and Nicole Lesser

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

>  /s/ Tanya E. Moore
> Tanya E. Moore
> Attorney for Plaintiff,
> Darren Gilbert

**ORDER**

The parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that the last date to initiate participation in VDRP be continued from January 24, 2022 to February 7, 2022.

**IT IS SO ORDERED**.

DATED:  January 27, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE